STATE, RESPONDENT, *v.* DUNN, APPELLANT.

(No. 4,411.)

(Submitted April 16, 1920. Decided May 3, 1920.)

[190 Pac. 121.]

(For syllabus, see *State* v. *Smith, ante,* p. 563.)

*Messrs. Wheeler & Baldwin,* for Appellant, submitted a brief; *Mr. Baldwin* argued the cause orally.

*Mr. S. C. Ford,* Attorney General, and *Mr. Otto A. Gerth,* Assistant Attorney General, for Respondent, submitted a brief; *Mr. Gerth* argued the cause orally.

Opinion—PER CURIAM.

W. F. Dunn was convicted of sedition, and appealed from the judgment.

In its essential features, this case is not distinguishable from *State* v. *Smith, ante,* p. 563, 190 Pac. 107. Smith and Dunn were charged jointly, though tried separately. The evidence

in each case is substantially the same, and, though there are fewer assignments of error in appellant's brief in this case, the principal errors considered in the *Smith Case* are involved in this one. They need not be considered separately.

Upon the authority of *State* v. *Smith,* the judgment herein is reversed, and the case is remanded to the district court of Lewis and Clark county for a new trial.

*Reversed and remanded.*

MR. CHIEF JUSTICE BRANTLY, being absent, takes no part in the foregoing decision.